No. 146. PERRY *v.* KANSAS; and

No. 151. BOLLER *v.* SAME. Appeals from the Supreme Court of Kansas. October 3, 1938. Dismissed on motion of counsel for the appellants. *Messrs. C. L. Kagey, L. M. Kagey,* and *Hal M. Black* for appellants. No appearance for appellee. Reported below: 147 Kan. 319, 651; 76 P. 2d 818; 77 P. 2d 950.

No. 271. WALLACE RANCH WATER CO. *v.* FOOTHILL DITCH Co. Appeal from the District Court of Appeal, 4th Appellate District, of California. October 3, 1938. Dismissed on motion of counsel for appellant. *Messrs. Alex W. Davis* and *Robert B. Murphey* for appellant. No appearance for appellee.

No. 27. TENNESSEE ELECTRIC POWER CO. ET AL. *v.* TENNESSEE VALLEY AUTHORITY ET AL. Appeal from the District Court of the United States for the Eastern District of Tennessee. October 10, 1938. Appeal dismissed as to appellant, Kentucky-Tennessee Light & Power Co., on motion and stipulation signed by counsel for all appellants and the Government. *Messrs. R. T. Jackson, Charles C. Trabue,* and *Charles M. Seymour* for appellants. *Solicitor General Jackson,* and *Messrs. James Lawrence Fly, John Lord O'Brian, Paul A. Freund,* and *William C. Fitts, Jr.,* and *Bessie Margolin* for appellees.